

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AP & G CO., INC.,

        Plaintiff,

    -against-

AALUX ENERGY LLC,

        Defendant.
-------------------------------------------------------X

Civil Action No. 19-CV-4331

AFFIDAVIT OF SERVICE

STATE OF TEXAS  )
        S.S.:
COUNTY OF HARRIS)

**DONNA WITCHER**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 31st day of July, 2019, at approximately 7:02pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, and CIVIL COVER SHEET** upon **AALUX ENERGY LLC** at 6834 Preston Grove Drive, Spring, TX 77389 by personally delivering and leaving the same with **AZIM MAREDIA**, who informed deponent that he is a Member/Director and is authorized to receive service at that address.

**AZIM MAREDIA** is a tan Middle Eastern male, approximately 30 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 180 pounds with black hair.

_____
**DONNA WITCHER**

Sworn to before me this
___ day of August, 2019

_____
NOTARY PUBLIC

MADALYN GORDON
Notary Public, State of Texas
Comm. Expires 07-12-2020
Notary ID 130734856

D.L.S., Inc.
401 Broadway
Suite 510
New York, NY 10013
212-925-1220
www.dlsnational.com